CP

**FILED**

AUG 2 7 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DION LUSTER | No. 20 CR 442<br><br>Title 21, United States Code, Section 841(a)(1) |

JUDGE ALONSO

MAGISTRATE JUDGE KIM

The SPECIAL JANUARY 2020 GRAND JURY charges:

1.  On or about July 30, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

DION LUSTER,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

2.  Before DION LUSTER committed the offense charged in this count, DION LUSTER had a final conviction for a serious drug felony, namely, a conviction in Case No. 03CR1252611 (Circuit Court of Cook County, Illinois), for calculated criminal drug conspiracy, in violation of 720 ILCS 570/405, for which he served more than 12 months' imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL:

_____
FOREPERSON


_____
signed by Timothy J. Storino on behalf of the
United States Attorney